# In the United States Court of Federal Claims

No. 18-213C
(Filed: April 10, 2018)

|  |  |
|---|---|
| TRIDENT TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| TNT PREMIER PARTNERSHIP, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

## O R D E R

Plaintiff's unopposed motion (ECF No. 32), filed April 10, 2019, to withdraw its protest is **GRANTED**. The Clerk is directed to dismiss the case without prejudice.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Senior Judge